**No. 09-11328. Willie Gene Davis, Petitioner v. United States.**

562 U.S. 1002, 131 S. Ct. 502, 178 L. Ed. 2d 368, 2010 U.S. LEXIS 8511.

November 1, 2010. Motion of petitioner for leave to proceed in forma pauperis

granted. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit granted.

Same case below, 598 F.3d 1259.